FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

_____ Division

2010 OCT 12 P 2:42

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

## CIVIL RIGHTS COMPLAINT FORM

RobeRT E. SPiKeR
DC.# A-095351

CASE NUMBER: 3:10-cv-943-J-32TEM
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

WAlTER McNieL
CELiSTE KemP
W.S. SMiTh
A. JohNSoN (ET.AL)

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

_____/

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. **PLACE OF PRESENT CONFINEMENT:** UNioN CoRRectioNAl iNSTiTuTioN
(Indicate the name and location)
7819 N.W. 228th ST. RAiFoRd, FL. 32026

II. **DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?** Yes (X) No ( )

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)                                    1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)?  Yes (X)  No ( )

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status?  Yes ( )  No (X)

      a. If so, did you go through the informal grievance, formal grievance and appeal process?  Yes ( )  No ( )  N/A

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

DC 225 (Rev. 9/03)                                    2

1. Did you submit an informal grievance (Form DC3-005)? Yes (X) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (X)

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes (X) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes (X) No ( )

2. If so, you must attach a copy of the appeal and response to this Complaint form.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.**

Signed this ___7TH___ day of ___OCTOBER___, 2010.

_____
Signature of Plaintiff

DC 225 (Rev. 9/03)                                            3

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes ( ) No (X)

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes ( ) No ( ) N/A

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No ( ) N/A

C. If your answer is YES:

 1. What steps did you take? N/A

 2. What were the results? N/A

 3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: N/A

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _7th_ day of _October_, 2010.

_[signature]_
Signature of Plaintiff

IV.  **PREVIOUS LAWSUITS**:

   A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (X) No ( )

   B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (X) No ( )

   C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): Robert E. Spiker # A-095351

      Defendant(s): Sgt. W. Tate et. al.

   2. Court (if federal court, name the district; if state court, name the county):
      U.S. District Court - Middle District of Florida

   3. Docket Number: 3:09-cv-479-J-32TEM

   4. Name of judge: Timothy J. Corrigan

   5. Briefly describe the facts and basis of the lawsuit: Physical Assault violating 8th & 14th Amendments

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

   7. Approximate filing date: May 2009

   8. Approximate disposition date: N/A

   D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

U.S. DISTRICT COURT - SOUTHERN DIST. OF FLORIDA
Robert E. Spiker vs. Florida Dept. of Corr.
CASE NO: 10-CU-61236 WJZ Judge W.J. Zloch
Filed 07-16-10 Denied 07-26-10

V. **PARTIES:** In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Robert E. Spiker #A-095351

   Mailing address: Union Correctional Institution
   7819 N.W. 228th St. Raiford, FL. 32026

B. Additional Plaintiffs: N/A

In part C of this section, indicate the <u>full name</u> of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Walter McNiel

   Mailing Address: Florida Dept. of Corrections
   2601 Blair Stone Rd. Tallahassee, FL. 32399

   Position: Secretary, Florida Dept. of Corr.

   Employed at: Florida Dept. of Corrections

D. Defendant: Celiste Kemp

   Mailing Address: Florida Dept. of Corr.
   2601 Blair Stone Rd. Tallahassee, FL. 32399

   Position: N/A

   Employed at: Florida Dept. of Corrections

DC 225 (Rev. 9/03)    6

E. Defendant: W. S. Smith
   Mailing Address: FL. Dept. of Corr. 2601 Blaire Stone Rd. Tallahassee, FL 32399
   Position: N/A
   Employed at: Florida Dept. of Corrections

F. Defendant: A. Johnson
   Mailing Address: Union Correctional Institution 7819 N.W. 228th St. Raiford, Fl 32026
   Position: N/A
   Employed at: Florida Dept. of Corrections

G. Defendant: William Kendricks
   Mailing Address: Union Corr. Institution 7819 N.W. 228th St. Raiford, Fl 32026
   Position: Main Chaplain
   Employed at: Florida Dept. of Correction

DC 225 (Rev. 9/03)

7

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Violating the 1st Amendment by not allowing me to exercise my religion and the 8th Amendment by subjecting me to cruel & unusual punishment by not allowing me to exercise my religion

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

On 07/09/10 I submitted an informal grievance stating I'm a Jew who would like to be put on a Kosher diet so practice my religion which one of the tennants is to maintain a Kosher diet and was denied on 07-23-10 (The Florida Dept. of Corrections stopped the Kosher diet in 2008 for no apparent reason) On 07/29/10 I appealed to the Warden and was denied relief by A. Johnson on

**Statement of Facts, continued:**

08/10/10. I appealed on 08/13/10 to the office of the Secretary of the Florida Dept. of Corr. and was denied relief by W.S. Smith and Celeste Kemp on 08/25/10 See Exhibit A for the entire grievance procedure.

In Judaism one of the tennants by Jewish law is to maintain a Kosher diet. By the Florida Dept. of Corrections not allowing us Jews a Kosher diet violates the Constitution and subjects me to mental anguish.

I am suing the defendants in their official capacities and am seeking compensatory damages to cover court costs and attorney fees only. Its going to cost me $1,000.00 a week if an attorney and I've got a right to seek compensatory damages to cover costs other than that I wish to get the Fla. Dept. of Corr. to re-implement the Kosher meal program and place me on it.

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

That the Florida Dept. of Corrections be ordered to start a Kosher meal Program and to Put me on it. Also for compensentary damages the Defendants be ordered to pay me $1,000.00 one thousand dollars each to cover court costs and mental anguish of having to violate Jewish law for the past two years

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this ___7th___ day of ___October___, 2010.

_____
_____
_____
(Signatures of all Plaintiffs)

I Demand a Jury Trial: Yes

DC 225 (Rev. 9/03)

MAILED/FILED
WITH AGENCY CLERK

AUG 27 [illegible]

DEPT OF CORRECTIONS
BUREAU OF INMATE
GRIEVANCE APPEALS

**PART B - RESPONSE**

| SPIKER, ROBERT | 095351 | 10-6-26057 | UNION C.I. | S3106S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been received and referred to Central Office Chaplaincy Services who has provided the following response:

The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Chaplaincy Services does not determine the Department's meal plans. At this time the Department does not have a kosher meal plan. You may choose from the following available meal plans: the master menu, the alternate entrÁ©e or the vegan meal plan.

Your administrative appeal is denied.

W. S. Smith

_____    _____   8-25-10
SIGNATURE AND TYPED OR PRINTED NAME    SIGNATURE OF WARDEN, ASST. WARDEN, OR    DATE
OF EMPLOYEE RESPONDING                  SECRETARY'S REPRESENTATIVE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

EXHIBIT A

/

04-104L

## PART B - RESPONSE

| SPIKER, ROBERT | 095351 | 1008-213-031 | UNION C.I. | |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been reviewed and evaluated. The response that you received to the attached informal grievance is found to appropriately address the concerns you raised.

Based on the foregoing, your request for administrative remedy is denied.

You may obtain further administrative review of your complaint by obtaining form DC 1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.

A. Johnson

_____    _____    8/10/10
SIGNATURE AND TYPED OR PRINTED NAME    SIGNATURE OF WARDEN, ASST. WARDEN, OR    DATE
OF EMPLOYEE RESPONDING    SECRETARY'S REPRESENTATIVE
                          Acting Warden

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

MAILED
AUG 10 2010
UCI GRIEVANCE OFFICE

Exhibit A
2

Part A - Inmate Grievance       10-6-26057

I SEEK FURTHER ADMINISTRATIVE REMEDY OR REVIEW

SEE ATTACHED

08/13/10
DATE

[Signature] 7-09535
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___1___
                                                                        # Signature

**PART B - RESPONSE**

SEE ATTACHED
RESPONSE

Exhibit A
3

SIGNATURE AND TYPED OR PRINTED NAME          SIGNATURE OF WARDEN, ASST. WARDEN, OR       DATE
OF EMPLOYEE RESPONDING                       SECRETARY'S REPRESENTATIVE

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.
- - - - - - - - - - - - - - - - - - - - - - TEAR ON PERFORATION - - - - - - - - - - - - -

PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)

RETURN TO: Spiker, Robert          095357         UCI/U4
           LAST    FIRST   MIDDLE INITIAL    NUMBER       INSTITUTION

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:
08K                                          1008-213-031

8/16/10            117856          B. Williams
DATE               GRIEVANCE LOG NUMBER    RECIPIENT'S SIGNATURE (STAFF MEMBER)

DISTRIBUTION:         INSTITUTION/FACILITY       DISTRIBUTION:         CENTRAL OFFICE
WHITE COPY            INMATE COPY                WHITE COPY            INMATE COPY
CANARY COPY           INMATE'S FILE              CANARY COPY           INMATE'S FILE - INST. FACILITY
PINK COPY             INMATE COPY                PINK COPY             C.O. INMATE FILE
GOLDENROD COPY        RETAINED BY OFFICIAL RESPONDING   GOLDENROD COPY   RETAINED BY OFFICIAL RESPONDING

DC1-303 (Revised 8-00)

INFORMAL GRIEVANCE ~~INMATE REQUEST~~

**DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: 07-10-218
Team Number: 12
Institution: U.C.I.

| TO: (Check One) | ☐ Warden ☒ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name: Spiker, Robert E. | DC Number: A-095251 | Quarters: U-3-108 | Job Assignment: T.L.U. | Date: 07/09/10 |
|---|---|---|---|---|---|

~~REQUEST~~ Informal Grievance       Check here if this is an informal grievance ☒

I am a Jewish inmate and being a Jew my whole religion revolves around being able to eat a Kosher Diet. Due to the fact that the Florida Dept. of Corrections no longer has Kosher Diets, us Jews can no longer practice Judaism in it's fullest form. I am a Jew & have a right to practice my religion, protected under the 1st amendment of the U.S. Constitution. My rights are being violated.

To resolve this issue I am asking that the 'Jewish Dietary Accommodations' program be re-instated and I be allowed to receive a Kosher Diet in accordance with the tennats of my Religion.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

RECEIVED JUL 0 9 2010

**RESPONSE**    DATE RECEIVED:

Referred to food service for response - 7-9-10 ?

A Kosher Diet is not available at this time.

EXHIBIT A 4

[The following pertains to informal grievances only:]
Based on the above information, your grievance is __Denied__. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): Andrews FSD-II   Date: 7-23-10

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.