# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

_JACKSONVILLE_ Division

### CIVIL RIGHTS COMPLAINT FORM

_Robert E. Saker_

_#A-095351_

CASE NUMBER: _3:10-cv-943-J-32TEM_
(To be supplied by Clerk's Office)

(Enter **full name** of each **Plaintiff** and prison number, if applicable)

v.

_Walter McNiel_

_Barry V. Reddish_

_William Hedrick_

(Enter **full name** of each **Defendant**. If additional space is required, use the blank area directly to the right).

FILED

2010 DEC 27 PM 2:00

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL.
JACKSONVILLE, FLORIDA

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.  **PLACE OF PRESENT CONFINEMENT:** _Union Correctional Institution_
    (Indicate the name and location)

    _7819 N.W. 228th St. Raiford, FL 32026_

II. **DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?** Yes (X) No ( )

    [If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)                                1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.   Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (X)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

3. Were you denied emergency status? Yes ( ) No (X)

   a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No (X)

   b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.   Informal Grievance (Request for Interview)

    1.   Did you submit an informal grievance (Form DC3-005)? Yes (X) No ( )

    2.   If so, you must attach a copy of the grievance and response to this Complaint form.

C.    <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

    1.   Did you have a disciplinary hearing concerning this matter? Yes ( ) No (X)

    2.   If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

    3.   Did you submit a formal grievance (Form DC1-303)? Yes (X) No ( )

    4.   If so, you must attach a copy of the grievance and response to this Complaint form.

D.    <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

    1.   Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes (X) No ( )

    2.   If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _20th_ day of _December_ , 2_010_ .

_Signature of Plaintiff_

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes ( ) No (X)

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes ( ) No ( ) N/A

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No ( ) N/A

C. If your answer is YES:

    1. What steps did you take? _____

    _____ N/A

    2. What were the results? _____

    _____

    3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: _____

    _____ N/A

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.**

Signed this _20th_ day of _December_ , 2 _010_ .

_____
Signature of Plaintiff

IV.   PREVIOUS LAWSUITS:

A.   Have you initiated other lawsuits in state court dealing with the same or similar facts
     involved in this action or otherwise relating to your imprisonment or conditions thereof?
     Yes ( ) No (X)

B.   Have you initiated other lawsuits in federal court dealing with the same or similar facts
     involved in this action or otherwise relating to your imprisonment or conditions thereof?
     Yes (X) No ( )

C.   If your answer to either A or B is YES, describe each lawsuit in the space provided
     below.  If there is more than one lawsuit, describe all additional lawsuits on a separate
     piece of paper, using the same format as below.

     1.   Parties to previous lawsuit:

          Plaintiff(s): *Robert E. Spiker* #A-095351

          Defendant(s): *Wayman E. Tate; Joshua Bostic and*
          *C.W. Thomas*

     2.   Court (if federal court, name the district; if state court, name the county):

          *Middle Dist. of Fla. Jacksonville Division*

     3.   Docket Number: *3:09-CV-479-TJC-TEM*

     4.   Name of judge: *Thomas E. Morris*

     5.   Briefly describe the facts and basis of the lawsuit: *Physical Assault*
          *on Plaintiff. Violation of 8th Amendment*
          *and 14th Amendment*

     6.   Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?):

          *Still Pending*

     7.   Approximate filing date: *N/A*

     8.   Approximate disposition date: *N/A*

D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been
     dismissed as frivolous, malicious or for failure to state a claim upon which relief may be
     granted?  If so, identify theses suits below by providing the case number, the style, and
     the disposition of each case:

DC 225 (Rev. 9/03)                              5

_____

_____

_____

_____

V.   __PARTIES:__  In part A of this section, indicate your __full name__ in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff: _ROBERT F. SPIKER #A-095351_

Mailing address: _UNION CORRECTIONAL INSTITUTION_

_7819 N.W. 228th ST. RAIFORD, FL 32026_

B.  Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the __full name__ of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant: _WALTER MCNIEL_

Mailing Address: _FLORIDA DEPT. OF CORR._

_2601 BLAIR STONE Rd. TALLAHASSEE, FL. 32399_

Position: _SECRETARY_

Employed at: _FLORIDA DEPT. OF CORRECTIONS_

D.  Defendant: _BARRY U. REDDISH_

Mailing Address: _7819 N.W. 228th ST._

_RAIFORD, FL. 32026_

Position: _MAIN WARDEN_

Employed at: _UNION CORRECTIONAL INSTITUTION_
_FLORIDA DEPT. OF CORRECTIONS_

DC 225 (Rev. 9/03)                                    6

E. Defendant: _William HEDRICK_____

Mailing Address: _UNION Correc.TioNAl INSTITuTioN_
_7819 N.W. 228th ST RAIFORD, FL 32026_

Position: _ChAPLAiN_____

Employed at: _FLoRidA Dept. of CorrecTioNS_

F. Defendant: _____

Mailing Address: _____
_____

Position: _____

Employed at: _____

G. Defendant: _____

Mailing Address: _____
_____

Position: _____

Employed at: _____

DC 225 (Rev. 9/03)

7

VI.   **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

VIOLATING MY 1st Amendment Right To Practise the Free Excersize of MY Religion thus subjecting me To Cruel & unusual Punishment this Violating MY 8th Amendmentt Violating Both 1st & 8th Amendments by Not Allowing me To maintain A Kosher diet in Accordance To Kosher Laws

VII.   **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1.  Name and position of person(s) involved.
2.  Date(s).
3.  Place(s).
4.  Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.  Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

ON 07/09/10 I Submitted AN iNFormAl GRIEVANCE To The wardens office, STATING I AM A Jew who would like To Be Put on A Kosher diet so That I MAY Practise MY Religion. I was Denied Relief on 07/23/10. I Appealed To The wardens office on 07/29/10 And, was Denied on 08/10/10. I Appealed To The office of the Secretary of The Fla. Dept. of Corr. on 08/13/10 And was Denied 08/25/10

**Statement of Facts, continued:**

The middle DISTRICT OF FloridA JACKSonville DivISION has All my DocumENTS on this CASE AS well AS my memoRANdum OF lAw. I hAve No AdditTonAl Copies due To The PriSon lAw LibRARY TAKING So long To COPY THem.

I Refer This STATEMENT OF FACT To my mEmoRANdum OF lAw CurrENtly Filed with my AmmeNded COMPlAINT on 11/10/10, uNder This CASE NumbER.

I AM SueING The DEFENDANTS IN BOTH OF Their OFFiciAl ANd iNdividuAl CAPACITIES.

VIII.   RELIEF REQUESTED:   State briefly what you want the Court to do for you.  Again, do not
make any legal arguments or cite any cases or statutes.

To. Defendants to Pay Compensatory Damages of
$ 5,000.00 (Five Thousand Dollars) each Respectfully.
The Defendants Pay $100,000.00 (one hundred
Thousand Dollars) each Respectfully That The
Florida Dept. of Corrections Begin immediately
A Kosher meal Program to Last 10 Years And
Put Plantiffs Name At the head of the list
to Recieve a Kosher diet.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Signed this ___20th___ day of _December_ , 2 _010_ .

_(signature)_

_____

_____

_____

(Signatures of all Plaintiffs)